IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE MAUDE JACKSON,
    Plaintiff,

vs.                                         Case No.: 5:09cv144/MCR/EMT

UNITED STATES OF AMERICA,
     Defendant.
_____/

## O R D E R

Plaintiff initiated this action by filing a civil rights complaint under 28 U.S.C. § 1331 or § 1346 and a motion for leave to proceed in forma pauperis (Docs. 1, 8).  Upon review of the motion and attached financial affidavit, the court concludes that Plaintiff has sufficient funds in her inmate account to pay the filing fee in full.  At the time of the filing of the complaint Plaintiff had an account balance of $701.22.  A total of $1,385.32 was deposited into the Plaintiff's inmate account over the six-month period preceding the filing of the complaint (an average of $230.88 per month).  Therefore, the motion to proceed in forma pauperis shall be denied.

Accordingly, it is **ORDERED**:

1.  Plaintiff's motion to proceed in forma pauperis (Doc. 8) is **DENIED**.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee.

2.  Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 8th day of May 2009.

                                               /s/ *Elizabeth M. Timothy*
                                             **ELIZABETH M. TIMOTHY**
                                             **UNITED STATES MAGISTRATE JUDGE**