FLN (Rev. 4/2004) Deficiency Order                                                                                       Page 1 of 2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

WILLIE MAUDE JACKSON

     vs                                      Case No. 5:09cv144/MCR/EMT

UNITED STATES OF AMERICA

_____

**ORDER**

Plaintiff's letter addressed to: **"DEAR SIR," received by the clerk of the court on May 21, 2009**, was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). For example, if Plaintiff desires additional time to pay the filing fee, he should file a Motion for Extension of Time, including the basis for his request and the amount of additional time sought. <u>Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief or presenting arguments</u>. *See* N.D. Fla. Loc. R. 7.1(F)(1).

    The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

FLN (Rev. 4/2004) Deficiency Order                                                                                                                    Page 2 of 2

For these reasons, it is **ORDERED** that:

>   The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 26th day of May 2009.


                                                    /s/ *Elizabeth M. Timothy*
                                                    **ELIZABETH M. TIMOTHY**
                                                    **UNITED STATES MAGISTRATE JUDGE**