IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE MAUDE JACKSON,
        Plaintiff,

v.                                    Case No.: 5:09cv144/MCR/EMT

EDGAR MORALES, MLP,
        Defendant.
_____/

## O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 5, 2012 (doc. 60).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Defendant Edgar Morales' motion (doc. 41), treated in its entirety as a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), is **GRANTED in part** and **DENIED in part**:

           A.    With respect to the issue of exhaustion of administrative remedies: as to the allegation that Plaintiff was denied proper surgical aftercare, the motion should be **GRANTED**; as to the allegations that Plaintiff was not timely seen by an ear/nose/throat specialist and did not timely receive surgery on her left ear, the motion should **DENIED.**

           B.    With respect to the issue of a statutory time-bar: the motion should be **GRANTED,** to the extent that Plaintiff's claims against Defendant are limited to events that occurred on or after April 15, 2005.

           C.    With respect to Defendant's argument that Plaintiff has failed to state

an Eighth Amendment claim against him, the motion should be **DENIED**.

    3.    This case shall be referred to the assigned magistrate judge to conduct further proceedings, including a period of limited discovery as set forth above.

    **DONE AND ORDERED** this 21st day of February, 2012.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**