IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIE MAUDE JACKSON,
    Plaintiff,

vs.                    Case No.: 5:09cv144/MCR/EMT

EDGAR MORALES, MLP,
    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 18, 2012 (doc. 70).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Defendant Edgar Morales' motion for summary judgment (Doc. 64) is **GRANTED.**

3.    The clerk is directed to enter judgment in Defendant Morales' favor and close this case.

**DONE AND ORDERED** this 23rd day of July, 2012.

_M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**